UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS WILLIAMS,

    Plaintiff,                                     Civil Action No. 14-CV-14552

vs.                                                   HON. BERNARD A. FRIEDMAN

ALLSTATE PROPERTY AND
CASUALTY INSURANCE CO.,

    Defendant.
_____/

## JUDGMENT

        This matter having been tried to a jury and the jury having returned a verdict in defendant's favor,

        IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff.

                                                            DAVID J. WEAVER
                                                            CLERK OF COURT

                                                            By:  Carol L. Mullins
                                                            Deputy Clerk

December 19, 2016

Approved:__s/ Bernard A. Friedman_____
        BERNARD A. FRIEDMAN
        SENIOR U.S. DISTRICT JUDGE